UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ARTHUR LEE GARRISON,

                                    Plaintiff

        v.

NEVADA DEPARTMENT OF
CORRECTIONS, *et al.*,

                                    Defendants

Case No. 3:18-cv-00389-MMD-WGC

ORDER

## I.    DISCUSSION

In the Court's screening order, it stayed this action for 90 days to provide the parties an opportunity to settle their dispute. (ECF No. 7 at 8.) The 90-day stay runs until December 11, 2019. On November 6, 2019, following an early mediation conference, Plaintiff filed two motions requesting that the proceedings be stayed 30 days to allow further settlement discussions. (ECF Nos. 15, 16.) It is not entirely clear from the motions whether Plaintiff is requesting an extension of 30 days from the current December 11, 2019 end date of the stay or requesting that the Court not lift the stay for 30 days from date he filed the motions.

The attorney general's office has filed a response indicating that they do not oppose a further stay in the proceedings. (ECF No. 18.) The attorney general's response gives no indication of when further settlement discussions might be conducted. (*Id.*) The Court construes Plaintiff's motions as requests to extend the 90-day stay beyond December 11, 2019. The Court grants Plaintiff's motions and extends the stay of this action until January 10, 2020.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motions to extend the stay of this action (ECF Nos. 15, 16) are granted.

IT IS FURHTER ORDERED that the stay of this action is extended until January 10, 2020. During this stay period and until the Court lifts the stay, no other

pleadings or papers shall be filed in this case, and the parties shall not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

IT IS FURTHER ORDERED that on or before January 10, 2020, the Office of the Attorney General shall file an updated status report regarding the results of the stay, even if a stipulation for dismissal is entered prior to the end of the stay.

DATED: November 21, 2019.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE