1

2

3

4

5                                  **UNITED STATES DISTRICT COURT**

6                                         **DISTRICT OF NEVADA**

7    ARTHUR LEE GARRISON,                          Case No.: 3:18-cv-00389-MMD-WGC

8            Plaintiff,                                           **Order**

9    v.                                                      Re: ECF No. 43

10   NEVADA DEPARTMENT OF
     CORRECTIONS, et al.,

11
             Defendants.

12

13

14          Before the court is Plaintiff's "Motion to Add Defendant" (ECF No. 43). Plaintiff requests

     "Mellissa Michaels" be added as a defendant. (*Id*. at 1.)
15

16          Plaintiff's "Motion to Add Defendant" (ECF No. 43) is **DENIED** without prejudice as this

     requires a motion to amend. Pursuant to Local Rule 15-1(a), amended pleadings require the
17

     following:
18

19              "Unless the court orders otherwise, the moving party must attach the
                proposed amended pleading to a motion seeking leave of the court to file
                an amended pleading.  The proposed amended pleading must be complete
20              in and of itself without reference to the superseded pleading and must
                include copies of all exhibit referred to in the proposed amended
21              pleading."

22

23          Any motion for leave to file an amended complaint to add Ms. Michaels as a Defendant

     shall also address whether any claims alleged against Ms. Michaels arise from subjects separate

1 and distinct from those claims (i.e., alleged improper treatment of a broken arm) asserted by

2 Plaintiff and allowed to proceed against Dr. Walls, John Keast and NDOC Medical Director John

3 Doe (ECF No. 5).

4        **IT IS SO ORDERED.**

5        Dated: August 4, 2020.

6                                                        _____
                                                         William G. Cobb
7                                                        United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

2