UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARTHUR LEE GARRISON, | ) | 3:18-cv-00389-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | September 9, 2020 |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

 Before the court is Plaintiff's "Motion for Request Extension in Court for Discovery and Trial" (ECF No. 53).  Plaintiff requests an extension due to Plaintiff not being able to see his medical file when requested and that Defendant Dr. Walls was just served with the summons and complaint. (*Id.* at 1.)

 Plaintiff's "Motion for Request Extension in Court for Discovery and Trial" (ECF No. 53) is **GRANTED IN PART and DENIED IN PART.** Plaintiff's motion is **GRANTED** to the extent that the court will extend the Scheduling Order deadlines for sixty (60) days.  The court establishes new deadlines as follows:

 Discovery in this action shall be completed on or before **November 9**, **2020.**
 Dispositive motions shall be filed and served no later than **December 9**, **2020.**
 The Joint Pretrial Order shall be filed no later than **January 8, 2021**. If a dispositive motion is filed, the Joint Pretrial Order shall be due **thirty (30) days** after a decision on the dispositive motion.

 **There shall be no further extension granted barring unforeseen and extenuating circumstances.**

/ / /

MINUTES OF THE COURT
3:18-cv-00389-MMD-WGC
September 9, 2020
Page Two
_____/

      Plaintiff's "Motion for Request Extension in Court for Discovery and Trial" (ECF No. 53) is **DENIED** as to the request for extension of trial.  There has been no trial date set in this case and, therefore, the request is denied as premature.

      **IT IS SO ORDERED.**

                                DEBRA K. KEMPI, CLERK

                    By: _____/s/_____
                               Deputy Clerk